UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ACUITY, a mutual insurance company,

    Plaintiff,

  v.

ANGELA BAXTER,

    Defendant.

Case No. 11-cv-52-JPG

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                **NANCY J. ROSENSTENGEL, Clerk of Court**

**Dated:  December 14, 2011**          **s/ Jina Hoyt, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**